# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| ANDREW A. DONOFRIO and MARY DONOFRIO | JUDGMENT IN A CIVIL CASE |
| | CV-02-1835 (DRH) |
| V. | |
| COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, JOHN C. GALLAGHER FRANK J. NOLAN, P.O. SCHNEIDER, KENNETH ROACH, GLEN SMOKLER, P.O. SARGENT JOHN DOE AND JOHN OR JANE DOES 1-10 | |

---------------------------------------------------------------X

X     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The jury having found that the Plaintiffs, ANDREW A. DONOFRIO and MARY DONOFRIO have failed to established their claims, and having found for the defendants on all causes of action, and defendant, GLEN SMOKLER, having been dismissed on December 30, 2003,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs, ANDREW A. DONOFRIO and MARY DONOFRIO, take nothing from the defendants, COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, JOHN C. GALLAGHER, FRANK J. NOLAN, POLICE OFFICER SCHNEIDER, KENNETH ROACH, AND JOHN DOES 1-10.

The case is dismissed with prejudice and the Clerk is directed to close this case..

| | |
|---|---|
| Dated:  June 14, 2005 | ROBERT C. HEINEMANN |
| Central Islip, New York | CLERK OF THE COURT |
| | By: PATRICIA BEST |
| |      Deputy Clerk |