UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
ANDREW AND MARY DONOFRIO                ORDER OF SUSTENANCE

    -against-                           CV-02-1835 (DRH)

COUNTY OF SUFFOLK, ET. AL.
--------------------------------X

       IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )    LODGING
( X )    SUSTENANCE ORDERED FROM CULINART
(   )    TRANSPORTATION

       TO THE (10) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 14, 2005


DATED: CENTRAL ISLIP, NEW YORK
      JUNE 14, 2005                        /S/
                                     DENIS R. HURLEY
                                     U.S. DISTRICT JUDGE


_____    **DURING TRIAL**

 X       **DELIBERATING**

_____    **SEQUESTERED**

_____    **OTHER**

                                       A TRUE COPY ATTEST
                                       DATED: JUNE 14,2005
                                       ROBERT C. HEINEMANN, CLERK
                                       BY: PATRICIA BEST,

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
ANDREW AND MARY DONOFRIO                ORDER OF SUSTENANCE

     -against-                          CV-02-1835 (DRH)

COUNTY OF SUFFOLK, ET. AL.
--------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CULINART
(   )     TRANSPORTATION

          TO THE (10) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 14, 2005


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 14, 2005                         /S/
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE



_____    DURING TRIAL

  X       DELIBERATING

_____    SEQUESTERED

_____    OTHER
                                        A TRUE COPY ATTEST
                                        DATED: JUNE 14, 2005
                                        ROBERT C. HEINEMANN, CLERK
                                        BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
ANDREW AND MARY DONOFRIO              ORDER OF SUSTENANCE

     -against-                        CV-02-1835 (DRH)

COUNTY OF SUFFOLK, ET. AL.
--------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CULINART
(   )     TRANSPORTATION

          TO THE (10) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 14, 2005


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 14, 2005                         /S/
                                      ─────────────────
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE



          DURING TRIAL

  X       DELIBERATING

          SEQUESTERED

          OTHER
                                      A TRUE COPY ATTEST
                                      DATED: JUNE 14, 2005
                                      ROBERT C. HEINEMANN, CLERK
                                      BY: PATRICIA BEST,
```